# EXHIBIT 3

# EXHIBIT 3

From: Frank Schilling <fschilling@royalfarms.com>
Date: Wed, Feb 8, 2023 at 4:19 PM
Subject: FW: Bitcoin ATM Industry Shake-Up - CoinCloud Bankruptcy
To: Raymond Taddeo <raymond.taddeo@coin.cloud>, Dexter Goodwin <dexter.goodwin@coin.cloud>

News travels fast......                    Frank

From: Landon Thomas <landon@bitcoindepot.com>
Sent: Wednesday, February 8, 2023 3:25 PM
To: Frank Schilling <fschilling@royalfarms.com>
Subject: Bitcoin ATM Industry Shake-Up - CoinCloud Bankruptcy

**[EXTERNAL SENDER - Do NOT Click Unexpected Links/Attachments]**

Hey Frank,

We spoke in the past and were in discussions with Royal Farms when you were selecting a Bitcoin kiosk partner for your stores. I'm sure you are likely already aware of the news, but it looks like CoinCloud was unable to restructure their debt because they filed for bankruptcy today. I don't know what happens from a contractual standpoint between you all and CoinCloud, but we're still highly interested in partnering with Royal Farms! Below is the article about them filing for bankruptcy:

https://finance.yahoo.com/news/bitcoin-atm-operator-coin-cloud-163937003.html [finance.yahoo.com]

I've also attached articles about Bitcoin Depot in the attachment, which highlights us going public and being able to be traded on the NASDAQ by late Q1 or early Q2 of 2023.

Regards,

Landon Thomas, Director of Business Development

(678) 699-6900

Landon@BitcoinDepot.com

Schedule a call and other useful information [app.salesforceiq.com]



--

Ray Taddeo
VP, Sales
Coin.Cloud | raymond.taddeo@coin.cloud
216.701.9005

