# EXHIBIT 4

# EXHIBIT 4

From: **MT** <mt@coinclouddcm.com>
Date: Wed, Feb 22, 2023 at 6:59 PM
Subject: Fwd: FYI Bitcoin Depot
To: Chris McAlary <chris@coin.cloud>


---------- Forwarded message ---------
From: <tumstott@aol.com>
Date: Wed, Feb 22, 2023, 6:03 PM
Subject: FYI Bitcoin Depot
To: <mt@coinclouddcm.com>


MT,

I wanted you to know that I have had multiple locations being contacted directly from Bitcoin Depot relaying supposed information about your firm.  They are calling stores saying you have filed for bankruptcy and are out of business and that they want to replace your machines with theirs and take over the rent agreement.

Todd Umstott
Umstott Inc. dba 7-Eleven
PA,MD & WV
Former Great Mid Atlantic Zone NBLC Representative
412-310-6632
--

1

2

2