# EXHIBIT 5

# EXHIBIT 5

From: **Raymond Taddeo** <raymond.taddeo@coin.cloud>
Date: Fri, Mar 10, 2023 at 1:48 PM
Subject: Fwd: FW: Bitcoin ATM Industry Shake-Up - CoinCloud Bankruptcy
To: Michael Tomlinson <MT@coinclouddcm.com>, Dexter Goodwin <dexter.goodwin@coin.cloud>, Robert Phillips <robert.phillips@coin.cloud>, Chris McAlary <chris@coin.cloud>


From Royal Farms, solicitation from Bitcoin Depot

This sentence has to be near the line of tortious interference

> " I've also heard that they have stated they will resume payments, do it for a month or two, and then stop paying the retailers again."

---------- Forwarded message ---------
From: **Frank Schilling** <fschilling@royalfarms.com>
Date: Fri, Mar 10, 2023 at 4:43 PM
Subject: FW: Bitcoin ATM Industry Shake-Up - CoinCloud Bankruptcy
To: Raymond Taddeo <raymond.taddeo@coin.cloud>


Blood in the water……

---

**From:** Landon Thomas <landon@bitcoindepot.com>
**Sent:** Friday, March 10, 2023 4:39 PM
**To:** Frank Schilling <fschilling@royalfarms.com>
**Subject:** Re: Bitcoin ATM Industry Shake-Up - CoinCloud Bankruptcy

**[EXTERNAL SENDER - Do NOT Click Unexpected Links/Attachments]**

Frank,

I know we had spoken in the past about setting up a program with Royal Farms. It was brought to my knowledge that your stores are hosting CoinCloud kiosks. I've heard many different things from different hosts ranging from the machines being online, but customers not receiving their crypto to CoinCloud being completely unresponsive to the host after not being paid for months. I've also heard that they have stated they will resume payments, do it for a month or two, and then stop paying the retailers again.

With that being said, I wanted to see how Royal Farms' experience has been with CoinCloud and if there is an opportunity to explore our program again. We are in the process of going public and will be listed on the NASDAQ in early Q2. Therefore a lot of the worries and woes you have experienced with CoinCloud will not be a problem Bitcoin Depot faces. I look forward to hearing back from you and hope you have a great weekend!

On Wed, Feb 8, 2023 at 3:24 PM Landon Thomas <landon@bitcoindepot.com> wrote:

> Hey Frank,
>
> We spoke in the past and were in discussions with Royal Farms when you were selecting a Bitcoin kiosk partner for your stores. I'm sure you are likely already aware of the news, but it looks like CoinCloud was unable to restructure their debt because they filed for bankruptcy today. I don't know what happens from a contractual standpoint between you all and CoinCloud, but we're still highly interested in partnering with Royal Farms! Below is the article about them filing for bankruptcy:
>
> https://finance.yahoo.com/news/bitcoin-atm-operator-coin-cloud-163937003.html [app.salesforceiq.com]
>
> I've also attached articles about Bitcoin Depot in the attachment, which highlights us going public and being able to be traded on the NASDAQ by late Q1 or early Q2 of 2023.
>
> Regards,
>
> Landon Thomas, Director of Business Development
>
> (678) 699-6900

2

Landon@BitcoinDepot.com

*Schedule a call and other useful information [app.salesforceiq.com]*

--

Regards,

Landon Thomas, Director of Business Development

(678) 699-6900

Landon@BitcoinDepot.com

*Schedule a call and other useful information [app.salesforceiq.com]*

--

Ray Taddeo
VP, Sales
Coin.Cloud | raymond.taddeo@coin.cloud
216.701.9005

This e-mail message, including attachments, may contain confidential information for the sole use of the intended recipient(s). If you are not the intended recipient, then this is notice that any use, disclosure, dissemination, distribution or copying is strictly prohibited.  If you have received this message in error please contact the sender by reply mail and destroy all copies of the original message.

Please consider the environment before printing this e-mail. Reduce, Reuse & Recycle.

4