# EXHIBIT 6

# EXHIBIT 6



From: **MT** <mt@coinclouddcm.com>
Date: Fri, Mar 10, 2023 at 3:59 PM
Subject: Fwd: BCD
To: Chris McAlary <chris@coin.cloud>


More....

---------- Forwarded message ---------
From: **Neike, Norm** <Norm.P.Neike@unfi.com>
Date: Fri, Mar 10, 2023 at 12:12 PM
Subject: BCD
To: MT <mt@coinclouddcm.com>


**From:** Mark Smith <mark@bitcoindepot.com>
**Sent:** Wednesday, February 15, 2023 8:03 AM
**To:** Sarah Wessel <sarah.wessel@bitcoindepot.com>
**Cc:** Crockett, Robert D. <Robert.D.Crockett@cub.com>
**Subject:** Re: Bit Coin Depot at Cub


Good morning, Robert, and a pleasure to make your acquaintance.


While this is unfortunate news for CoinCloud, we want to assure that your customer base has access to Bitcoin at your locations.  Bitcoin Depot has remained financially healthy and we are poised to go public later this year.  We've learned over recent years that having a Bitcoin ATM will increase your customer foot traffic and retain new customers for additional purchases in your aisles.  We'd like to make sure this type of program is not disrupted with CoinCloud's departure.

1

May we schedule a call for this week or early next week to discuss how we may assist Cub Foods?  Also, if you are able to provide a store list in advance, we would like to run analysis to see which sites would be viable for a successful program with us.

I look forward to the opportunity to work with you in the near future.

Sincerely,

Mark Smith

--

Mark D. Smith

Business Development Manager

Bitcoin Depot

770-670-9095

[mark@bitcoindepot.com](mark@bitcoindepot.com)

[https://www.bitcoindepot.com/](https://www.bitcoindepot.com/)

[Schedule a Call and other Useful Information](#)



**Norm Neike**
**Director Consumer Services, Professional Services**

o: 952-906-6618 c:937-469-4096

11840 Valley View Road, Eden Prairie, MN 55344

<u>unfi.com</u>

This e-mail message, including attachments, may contain confidential information for the sole use of the intended recipient(s). If you are not the intended recipient, then this is notice that any use, disclosure, dissemination, distribution or copying is strictly prohibited.  If you have received this message in error please contact the sender by reply mail and destroy all copies of the original message.

Please consider the environment before printing this e-mail. Reduce, Reuse & Recycle.