BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com

JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
**THE JIMMERSON LAW FIRM, P.C.**
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Telephone:   (702) 388-7171
Facsimile:   (702) 380-6413
Email: jimmerson@jimmersonlawfirm.com
       jmj@jimmersonlawfirm.com

*Counsel for Debtor Cash Cloud Inc.*

Electronically Filed March 21, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11 |

143874691.1

1

| | |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD,<br><br>                Plaintiff,<br>v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT,<br><br>                Defendant. | Adv. Case No. 23-01015-MKN<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S**<br>**(1) MOTION FOR TEMPORARY RESTRAINING ORDER; AND**<br>**(2) MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: OST PENDING<br>Hearing Time: OST PENDING |

Cash Cloud, Inc. d/b/a Coin Cloud ("Cash Cloud," "Plaintiff," or "Debtor"), debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, and The Jimmerson Law Firm, P.C., has contacted the parties listed below concerning Plaintiff's *Application for Order Shortening Time for Hearing* (the "Application"), on Plaintiff's (1) *Motion for Temporary Restraining Order* (the "Motion for TRO") and (2) *Motion for Preliminary Injunction* (the "PI Motion", together with the Motion for TRO, the "Motions"),[1] as indicated below:

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted |
|---|---|---|---|
| Branden Tawil<br>Counsel for Bitcoin Depot | 03/21/2023 | No response | branden.tawil@bitcoindepot.com |

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motions.

2

143874691.1

1  Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, Plaintiff anticipates that the time needed for a hearing on the Motions is approximately 20 minutes.

Dated this 21st day of March, 2023.

                                **FOX ROTHSCHILD LLP**

By:      */sBrett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     JEANETTE E. MCPHERSON, ESQ.
     Nevada Bar No. 5423
     NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264
     ZACHARY T. WILLIAMS, ESQ.
     Nevada Bar No. 16023
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135

and

**THE JIMMERSON LAW FIRM, P.C.**

JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101

*Counsel for Debtor Cash Cloud Inc.*

3

143874691.1