Stacy H. Rubin, Esq. (NV Bar No. 9298)
Email: srubin@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Lux Vending, LLC d/b/a Bitcoin Depot*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC., DBA COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-MKN<br>Chapter 11 |
| CASH CLOUD, INC., DBA COIN CLOUD,<br><br>Plaintiff,<br><br>v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT,<br><br>Defendant. | Adv. No. 23-01015-MKN<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Judge: Hon. Mike K. Nakagawa |

Stacy H. Rubin, Esq., of the law firm of Holley Driggs, attorneys for Lux Vending, LLC d/b/a Bitcoin Depot ("Lux Vending"), hereby enters her appearance on the record in the adversary proceeding pursuant to FRBP 9010(b), and pursuant to FRBP 2002 hereby requests special notice of all hearings, actions, contested matters, and other proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, the Debtor, or other parties in interest. All notices and copies including without limitation notices required by FRBP 2002 should be directed to:

All notices and copies should be directed to:

> Stacy H. Rubin, Esq.
> HOLLEY DRIGGS
> 300 South Fourth Street, Suite 1600
> Las Vegas, Nevada 89101

15482-01/2913323.docx

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall constitute a waiver of any of Lux Vending's rights to:

(a) Withdraw the reference of this matter to the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal and have all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b) Trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation val non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; and

(c) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which Lux Vending is entitled under any agreements, under applicable law or in equity, and/or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, recoupments, or other matters as to which Lux Vending is entitled are expressly reserved.

Dated this 22nd day of March 2023.

**HOLLEY DRIGGS**

/s/ Stacy H. Rubin
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Lux Vending, LLC*
*d/b/a Bitcoin Depot*

- 2 -

15482-01/2913323.docx

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Holley Driggs and that, on the 22nd day of March 2023, I caused to be served a true and correct copy of NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE in the following manner:

☒ (ELECTRONIC SERVICE)  Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE)  By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date above written.

   /s/ Olivia Swibies
An employee of Holley Driggs

15482-01/2913323.docx