

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 31, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com

JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
**THE JIMMERSON LAW FIRM, P.C.**
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Telephone:   (702) 388-7171
Facsimile:   (702) 380-6413
Email: jimmerson@jimmersonlawfirm.com
       jmj@jimmersonlawfirm.com
*Counsel for Debtor Cash Cloud Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | |

1

143875218.1

| | |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT,<br><br>　　　　　　　　　Defendant. | Adv. Case No. 23-01015-MKN<br><br>**ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S**<br>**(1) MOTION FOR TEMPORARY RESTRAINING ORDER; AND**<br>**(2) MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　**April 20, 2023**<br>Hearing Time:　**10:30 a.m.** |

　　　This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") filed by Cash Cloud, Inc. d/b/a Coin Cloud seeking to shorten the time for hearing on Plaintiff's (1) *Motion for Temporary Restraining Order* (the "Motion for TRO") and (2) *Motion for Preliminary Injunction* (the "PI Motion", together with the Motion for TRO, the "Motions"), and for good cause appearing therefor;

　　　**IT IS HEREBY ORDERED** that the Application is GRANTED; and

　　　**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that hearing on the Motions will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **April 20**, 2023 at the hour of **10:30 a.m.** Any opposition(s) shall be filed and served on required notice parties by **April 12**, 2023, and any reply to such opposition(s) shall be filed and served on required notice parties by **April 17**, 2023.

　　　**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

　　　A copy of the Motions is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada. Additionally, a copy of the Motions is available from Fox Rothschild LLP upon request.

　　　**IT IS SO ORDERED.**

143875218.1

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: /s/ *Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

and

**THE JIMMERSON LAW FIRM, P.C.**

JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101

*Counsel for Debtor Cash Cloud Inc.*

# # #

3

143875218.1