NVB IA-11-2AdvDesLocal (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Adam P. Schwartz, Carlton Fields, PA
4221 W. Boy Scout Blvd., Ste. 1000, Tampa, FL 33607
P - 813.223.7000, F - 813.229.4133, Florida Bar No.: 83178
aschwartz@carltonfields.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>CASH CLOUD, INC., DBA COIN CLOUD,<br>　　　　　　　　　Debtor.<br><br>CASH CLOUD, INC., DBA COIN CLOUD,<br>　　　　　　　　　Plaintiff,<br>v.<br>LUX VENDING, LLC d/b/a BITCOIN DEPOT<br>　　　　　　　　　Defendant. | BK-23-10423-mkn<br><br>CHAPTER 11<br><br>Adversary Proceeding: 23-01015-mkn<br><br>DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO |

　　　　The undersigned, attorney of record for  Lux Vending, LLC d/b/a Bitcoin Dep , the  Defendant                         herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only".  Not being admitted to the bar of this Court, andnot maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate Stacy H. Rubin, Esq. attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action.  The address of said designated Nevada Counsel is:

Bar Code 9298; Holley Driggs, 300 S. 4th St., Ste 1600, Las Vegas, NV 89101
702-791-0308; srubin@nevadafirm.com
(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

　　　　By this designation the undersigned attorneys and party(ies) agree that all

documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

_____ Attorney at Law

Counsel for Lux Vending, LLC d/b/a Bitcoin Depot

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

_____ Designated Nevada Counsel

2

# APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) Stacy H. Rubin, Esq. as his/her/their Designated Nevada Counsel is this case.

LUX VENDING, LLC

d/b/a Bitcoin Depot

*C. Scott Buchanan*

Scott Buchanan, COO