CARLTON FIELDS, P.A.
Adam Schwartz (*Pro Hac Vice* Application Pending)
Email: aschwartz@carltonfields.com
John J. Lamoureux  (*Pro Hac Vice* Application Pending)
Email: jlamoureux@carltonfields.com
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida  33607-5780
Telephone: 813.223.7000
Facsimile: 813.229.4133

HOLLEY DRIGGS
Stacy H. Rubin, Esq. (NV Bar No. 9298)
Email: srubin@nevadafirm.com
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Lux Vending, LLC d/b/a Bitcoin Depot*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC., DBA COIN CLOUD,<br><br>         Debtor. | Case No. 23-10423-MKN<br>Chapter 11 |
| CASH CLOUD, INC., DBA COIN CLOUD,<br><br>         Plaintiff,<br><br>      v.<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT,<br><br>         Defendant. | Adv. No. 23-01015-MKN |

**CERTIFICATE OF SERVICE**

    1.    On April 10, 2023, I served the following documents:

Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of This Court [Adam P. Schwartz], ECF No. 16

Designation of Local Counsel (16), ECF No. 17

15482-01/2922367.docx

Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of This Court [John J. Lamoureux], ECF No. 18

Designation of Local Counsel (18), ECF No. 19

2.    I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **ECF System**

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

STRETTO
ecf@cases-cr.stretto-services.com,
aw01@ecfcbis.com,pacerpleadings@stretto.com

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on** *(date)*:  **March 10, 2023**

Olivia Swibies                                          /s/ Olivia Swibies
(NAME OF DECLARANT)                          (SIGNATURE OF DECLARANT)

February 1, 2006

- 2 -

15482-01/2922367.docx