NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−10423−mkn |
| | CHAPTER 11 |
| CASH CLOUD, INC. , |  |
| Debtor(s) | Adversary Proceeding: 23−01015−mkn |
| CASH CLOUD, INC., DBA COIN CLOUD,, et al, | ORDER GRANTING |
| Plaintiff(s) | VERIFIED PETITION |
| vs | |
| LUX VENDING, LLC d/b/a BITCOIN DEPOT, et al, | |
| Defendant(s) | |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by John J. Lamoureux is **GRANTED**.

Dated: 4/11/23

*Mary A Schott*

Mary A. Schott
Clerk of Court