NVB 5075–3 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                    BK−23−01015−mkn
                                                       CHAPTER 0

                    Debtor(s)                     ORDER VACATING ORDER
                                            ENTERED IN ERROR

It having been determined that, due to clerical error, the following order was entered in this matter:

*21* − Order Approving Verified Petition (Related document(s)16 Verified Petition/Pro Hac Vice filed by Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT.) (mar)

**IT IS ORDERED** that the order noted above is hereby vacated for the following reason(s):

   *     This order was docketed on an incorrect case.

Dated: 4/11/23

                                                           Mary A. Schott
                                                           Clerk of Court