NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−10423−mkn <br> CHAPTER 11 |
| CASH CLOUD, INC. , <br>                     Debtor(s) | |
| | Adversary Proceeding: 23−01015−mkn |
| CASH CLOUD, INC., DBA COIN CLOUD,, et al, <br>                     Plaintiff(s) | ORDER GRANTING <br> VERIFIED PETITION |
| vs | |
| LUX VENDING, LLC d/b/a BITCOIN DEPOT, et al, <br>                     Defendant(s) | |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Adam P. Schwartz is **GRANTED**.

Dated: 4/11/23

*Mary A Schott*

Mary A. Schott
Clerk of Court