NVB 5075–4 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–23–10423–mkn |
| | CHAPTER 11 |
| CASH CLOUD, INC. , | |
| Debtor(s) | |
| | Adversary Proceeding: 23–01015–mkn |
| | |
| CASH CLOUD, INC., DBA COIN CLOUD, | ORDER VACATING ORDER |
| Plaintiff(s) | ENTERED IN ERROR |
| | |
| vs | |
| | |
| LUX VENDING, LLC d/b/a BITCOIN DEPOT | |
| Defendant(s) | |

It having been determined that, due to clerical error, the following order was entered in this matter:

*21* – Order Approving Verified Petition (Related document(s)16 Verified Petition/Pro Hac Vice filed by Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT.) (mar)

**IT IS ORDERED** that the order noted above is hereby vacated for the following reason(s):

\*     This order was docketed on an incorrect case.

Dated: 4/12/23

*Mary A Schott*

Mary A. Schott
Clerk of Court