CARLTON FIELDS, P.A.
Adam Schwartz (Admitted *Pro Hac Vice*)
Email: aschwartz@carltonfields.com
John J. Lamoureux (Admitted *Pro Hac Vice*)
Email: jlamoureux@carltonfields.com
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780
Telephone: 813/223-7000
Facsimile:  813/229-4133

HOLLEY DRIGGS
Stacy H. Rubin, Esq. (NV Bar No. 9298)
Email: srubin@nevadafirm.com
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile:  702/791-1912

*Attorneys for Lux Vending, LLC d/b/a Bitcoin Depot*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. 23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | |
| CASH CLOUD, INC., dba COIN CLOUD, | Adv. No. 23-01015-MKN |
| Plaintiff, | |
| v. | **DEFENDANT LUX VENDING, LLC d/b/a BITCOIN DEPOT'S RULE 7007.1 CORPORATE DISCLOSURE STATEMENT** |
| LUX VENDING, LLC d/b/a BITCOIN DEPOT, | |
| Defendant. | |

      Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rule 7007.1 of the Local Rules of Bankruptcy Procedure, District of Nevada, Defendant Lux Vending, LLC d/b/a Bitcoin Depot, by its undersigned counsel, states that it is wholly owned by BT Assets, Inc.,

15482-01/2923362_2.docx

a Delaware corporation, and that no publicly held corporation owns more than 10 percent of its stock.

DATED this 12th day of April 2023.

**HOLLEY DRIGGS**

Stacy H. Rubin, Esq.
Nevada Bar No. 9298
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

**CARLTON FIELDS, P.A.**
Adam P. Schwartz
(Admitted *Pro Hac Vice*)
John J. Lamoureux
(Admitted *Pro Hac Vice*)
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780

*Attorneys for Lux Vending, LLC
d/b/a Bitcoin Depot*

- 2 -

15482-01/2923362_2.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs and that, on the 12th day of April 2023, I caused to be served a true and correct copy of DEFENDANT LUX VENDING, LLC D/B/A BITCOIN DEPOT'S RULE 7007.1 CORPORATE DISCLOSURE STATEMENT in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date above written.

/s/ Olivia Swibies
An employee of Holley Driggs

15482-01/2923362_2.docx