United States Bankruptcy Court
District of Nevada

CASH CLOUD, INC., DBA COIN CLOUD,,
    Plaintiff

Adv. Proc. No. 23-01015-mkn

LUX VENDING, LLC d/b/a BITCOIN DEPOT,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2     User: admin     Page 1 of 2
Date Rcvd: Apr 11, 2023     Form ID: ovpbk     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | ADAM P. SCHWARTZ, CARLTON FIELDS, P.A., 4221 W. BOY SCOUT BLVD., STE. 1000, TAMPA, FL 33607-5780 |
| ust | + | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202-4811 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Apr 11 2023 23:55:00 | ANTONIA G DARLING, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Apr 11 2023 23:55:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Apr 11 2023 23:55:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Apr 11 2023 23:55:00 | LINDSAY P. S. KOLBA, 300 LAS VEGAS BLVD SOUTH, SUITE 4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Apr 11 2023 23:55:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Apr 11 2023 23:55:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH ST, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Apr 11 2023 23:55:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Apr 11 2023 23:55:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0978-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 11, 2023 | Form ID: ovpbk | Total Noticed: 10

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD, baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| STACY H RUBIN | on behalf of Defendant LUX VENDING  LLC d/b/a BITCOIN DEPOT srubin@nevadafirm.com, oswibies@nevadafirm.com |
| STRETTO | ecf@cases-cr.stretto-services.com aw01@ecfcbis.com,pacerpleadings@stretto.com |

TOTAL: 3

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                           BK−23−01015−mkn
                                                                                   CHAPTER 0

                                Debtor(s)                       ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Adam P. Schwartz is **GRANTED**.

Dated: 4/11/23

                                                      Mary A. Schott
                                                      Clerk of Court