United States Bankruptcy Court
District of Nevada

CASH CLOUD, INC., DBA COIN CLOUD,,
   Plaintiff

Adv. Proc. No. 23-01015-mkn

LUX VENDING, LLC d/b/a BITCOIN DEPOT,
   Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 27, 2023 | Form ID: adiaptrn | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | JAMES M. JIMMERSON, THE JIMMERSON LAW FIRM, P.C., 415 SOUTH 6TH STREET, SUITE 100, LAS VEGAS, NV 89101-6937 |
| aty | + | JOHN J. LAMOUREUX, CARLTON FIELDS, P.A., 4221 W. BOY SCOUT BLVD., STE. 1000, TAMPA, FL 33607-5780 |
| pla | + | CASH CLOUD, INC., DBA COIN CLOUD,, 10190 COVINGTON CROSS DRIVE, LAS VEGAS, NV 89144-7044 |
| dft | + | LUX VENDING, LLC d/b/a BITCOIN DEPOT, C/O STACY H. RUBIN, ESQ., HOLLEY DRIGGS, 300 SOUTH FOURTH STREET, SUITE 1600, LAS VEGAS, NV 89101-6000 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM P. SCHWARTZ | on behalf of Defendant LUX VENDING  LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD, baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| STACY H RUBIN | on behalf of Defendant LUX VENDING  LLC d/b/a BITCOIN DEPOT srubin@nevadafirm.com, |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 27, 2023 | Form ID: adiaptrn | Total Noticed: 4 |

STRETTO

oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@nevadafirm.com

ecf@cases-cr.stretto-services.com aw01@ecfcbis.com,pacerpleadings@stretto.com

TOTAL: 4

NVB 9037−1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC. ,<br>                    Debtor(s) | BK−23−10423−mkn<br>CHAPTER 11<br><br>Adversary Proceeding: 23−01015−mkn |
| CASH CLOUD, INC., DBA COIN CLOUD,<br>                    Plaintiff(s)<br><br>vs<br><br>LUX VENDING, LLC d/b/a BITCOIN DEPOT<br>                    Defendant(s) | NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION |

**NOTICE IS GIVEN** that a transcript has been filed on October 26, 2023 as referenced in the following document:

*49* − Transcript regarding Hearing Held on 9/21/23. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number (855) 873−2223. Purchasing Party: James M. Jimmerson. Redaction Request Due By 11/16/2023. Redacted Transcript Submission Due By 11/27/2023. Transcript access will be restricted through 01/24/2024. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is November 16, 2023.

If a Request for Redaction is filed, the redacted transcript is due November 27, 2023. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 24, 2024, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/26/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court