JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
THE JIMMERSON LAW FIRM, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Telephone:    (702) 388-7171
Facsimile:     (702) 380-6413
Email: jimmerson@jimmersonlawfirm.com
          jmj@jimmersonlawfirm.com
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffrth@foxrothschild.com
          zwilliams@foxrothschild.com

*Counsel for Plaintiff Cash Cloud Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Bankruptcy Case No. Case No. 23-10423<br>Chapter 11<br><br>Adv. Case No. 23-01015-MKN<br><br>**STIPULATION CONCERNING DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS 3-5 AND 7-9** |

1

THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100, Las Vegas, Nevada 89101
(702) 388-7171 – fax (702) 387-1167

CASH CLOUD, INC., dba COIN CLOUD,

Plaintiff,

v.

Lux Vending, LLC d/b/a Bitcoin Depot,

Defendant.

Plaintiff and Debtor, Cash Cloud, Inc. d/b/a Coin Cloud ("Cash Cloud," "Plaintiff," or "Debtor"), and Defendant Lux Vending, LLC d/b/a Bitcoin Depot ("Defendant" or "Bitcoin Depot"), through their respective counsel of record, hereby stipulate and agree to a dismissal with prejudice of Cash Cloud's Third Claim for Relief (Violation of Lanham Act, 15 U.S.C. § 1125), Fourth Claim for Relief (Consumer Fraud/Deceptive Trade Practices), Fifth Claim for Relief (Tortious Interference with Contract – Host Agreements), Seventh Claim for Relief (Intentional Interference with Prospective Business Relations), Eighth Claim for Relief (Injurious Falsehoods), and Ninth Claim

/ / /

/ / /

/ / /

2

for Relief (Defamation).[1]

Dated this 9th day of July, 2024.

**THE JIMMERSON LAW FIRM, P.C.**

By: /s/ *James M. Jimmerson, Esq.*
   The Jimmerson Law Firm, P.C.
   James J. Jimmerson, Esq.
   Nevada State Bar No. 00264
   James M. Jimmerson, Esq.
   Nevada State Bar No. 12599
   415 South Sixth Street, suite 100
   Las Vegas Nevada, NV 89101
   and

   Brett Axelrod, Esq.
   Nevada State Bar No. 5859
   Fox Rothschild LLP
   1980 Festival Plaza Dr., Suite 700
   Las Vegas, NV 89135

*Attorney(s) for Plaintiff*
*Cash Cloud Inc.*

Dated this 9th day of July, 2024.

**HOLLEY DRIGGS**

By: /s/ *Stacy H. Rubin, Esq.*
   Stacy H. Rubin, Esq.
   Nevada State Bar No. 9298
   Email: srubin@nevadafirm.com
   300 South Fourth Street, Suite 1600
   Las Vegas, Nevada 89101
   Telephone: 702/791-0308
   Facsimile: 702/791-1912
   and

   Adam P. Schwartz
   (Admitted Pro Hac Vice)
   John J. Lamoureux
   (Admitted Pro Hac Vice)
   Carlton Fields, P.A.
   Corporate Center Three at International Plaza
   4221 W. Boy Scout Boulevard, Suite 1000
   Tampa, Florida 33607-5780

*Attorneys for Defendant Lux Vending, LLC*
*d/b/a Bitcoin Depot*

---

[1] On November 17, 2023, the Court dismissed without prejudice Cash Cloud's First and Second Claims for Relief. *See* ECF No. 54